PROBATION FORM NO. 35                                           Report and Order Terminating Probation/
(DSC 8/17)                                                                                Supervised Release
                                                                         Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| Frederick Lamar Frost | ) | Crim. No. 9:12CR00116-1 |

On February 26, 2014, the above-named individual was sentenced to a three (3) year term of supervised release. The term of supervision commenced on February 13, 2018. Since that time, he has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Colin M. Fete
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 17th day of March, 2020.

David C. Norton
United States District Judge